IN RE R.A.H.

2016-Ohio-7592.]

(No. 2015–1610—Submitted August 17, 2016—Decided November 3, 2016.)

{¶ 1} The judgment of the court of appeals as to proposition of law No. I is reversed, and the cause is remanded to the court of appeals to apply *In re A.G.*, 148 Ohio St.3d 118, 2016-Ohio-3306, 69 N.E.3d 646.

{¶ 2} Proposition of law No. II is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would affirm the judgment of the court of appeals for the reasons stated in the dissenting opinion in *In re A.G.*

Timothy Young, Ohio Public Defender, and Brooke M. Burns, Assistant Public Defender, for appellant, R.A.H.